# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| COWBOYS BAR, LLC, | Case No. 21-CV-2245 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| WPG NORTHTOWN VENTURE, LLC, | |
| Defendant. | |

The Court has received the September 9, 2022 Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 54.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 54) is ACCEPTED;

2. Plaintiff's action is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute; and

3. This dismissal will not affect the counterclaims in this action.

Dated: September 26, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge